UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUILDING SERVICE 32BJ HEALTH FUND ET AL.,

        Plaintiffs,

- against -

EMPIRE CLEANING, INC.,

        Defendant.

20-cv-10477 (JGK)

<u>ORDER</u>

---

JOHN G. KOELTL, District Judge:

The parties are directed to provide a status update by **June 14, 2021**.

SO ORDERED.

Dated:   New York, New York
        June 7, 2021

                                      John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/07/2021